### BRUHL *v.* SOUTHERN EXPRESS COMPANY.

|103a 583|
|113 1103|

COBB, J.  This case is controlled by the decision of this court in the case of *Southern Express Company* v. *Williams,* 99 *Ga.* 483, which upon a review thereof is adhered to and approved.

*Judgment affirmed.  All the Justices concurring.*

Argued February 4, 5, — Decided March 3, 1898.

Action for damages.  Before Judge Ross.  City court of Macon.  June term, 1897.

*R. C. Jordan* and *Roland Ellis,* for plaintiff.

*Erwin, duBignon & Chisholm* and *Washington Dessau,* for defendant.

---

### SAVANNAH, FLORIDA & WESTERN RAILWAY CO. *v.* COLEMAN.

LEWIS, J.  The verdict was authorized by the evidence.  The charge of the court covered all the issues.  There being no material error in any of the rulings complained of, and this being the second concurrent verdict for plaintiff after four trials of the case, the court did not err in overruling the motion for a new trial.

*Judgment affirmed.  All the Justices concurring.*

Argued January 27, — Decided March 4, 1898.

Action for damages.  Before Judge Norwood.  City court of Savannah.  July term, 1897.

*Erwin, duBignon, Chisholm & Clay,* for plaintiff in error.

*Toomer & Reynolds* and *Robert M. Hitch,* contra.